Case 2:06-cv-03691-RGK-RC   Document 29   Filed 12/07/06   Page 1 of 1   Page ID #:89

SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-3691-RGK (RCx) | Date | December 7, 2006 |
|---|---|---|---|
| Title | *KWIK GOAL LTD v. YOUTH SPORTS PUBLISHING, INC., et al.* | | |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

On November 16, 2006, this Court was notified that a settlement of the action was reached during the Settlement Conference held before Magistrate Judge Chapman.

The parties are hereby notified that all scheduled dates remain on calendar until a dismissal of the action is filed. The pretrial conference remains on calendar for March 26, 2007 at 9:00 a.m., and an estimated 5 day jury trial remains on calendar for April 10, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Initials of Preparer   slw



DOCKETED ON CM
DEC - 8 2006
BY _____ 009

CV-90 (06/04)                     CIVIL MINUTES - GENERAL                     Page 1 of 1