

SEDGWICK, DETERT, MORAN & ARNOLD LLP
ROBERT F. HELFING  Bar No. 90418
robert.helfing@sdma.com
DAVID A. SCHNIDER  Bar No. 199368
david.schnider@sdma.com
SANDY J. CHUN  Bar No. 204464
sandy.chun@sdma.com
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

Attorneys for Defendants
YOUTH SPORTS PUBLISHING INC.
D/B/A SOCCERONE AND MARK
NEUDORFF

FILED
CLERK, U.S. DISTRICT COURT
JAN 3 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JAN - 4 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
2006 DEC 21  PM 4:27
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KWIK GOAL, LTD.,

Plaintiff,

v.

YOUTH SPORTS PUBLISHING,
INC. D/B/A SOCCERONE AND
MARK NEUDORFF,

Defendant.

CASE NO. CV 06-3691 RGK (RCx)

STIPULATED CONSENT DECREE
FOR INJUNCTIVE RELIEF AND
DISMISSAL OF ACTION;
[PROPOSED] ORDER THEREON

WHEREAS, on January 19, 2006, plaintiff Kwik Goal, Ltd. ("Kwik Goal"
or "Plaintiff") filed a complaint against defendants Youth Sports Publishing, Inc.
d/b/a SoccerOne ("SoccerOne") and Mark Neudorff (SoccerOne and Mark
Neudorff, collectively, "Defendants") in the United States District Court for the
Southern District of New York, Case Number CV06-0395, asserting claims for (1)
copyright infringement, (2) passing off, (3) trade dress infringement, (4) breach of

-1-

USADMIN 91533361 2

1 | contract, (5) unfair competition, (6) violation of New York law prohibiting
2 | deceptive acts and practices, (7) misappropriation and (8) unjust enrichment
3 | ("Complaint"). On June 14, 2006, this case was transferred to the Central District
4 | of California and was assigned Case Number CV06-3691 RGK (RCx).
5 |      WHEREAS, Defendants deny the allegations in the Complaint.
6 |      WHEREAS, without any admission of liability, fault, or wrongdoing, the
7 | parties have amicably resolved this lawsuit and mutually consented to the entry of
8 | a stipulated injunction against SoccerOne.
9 |      NOW THEREFORE, the parties consent and stipulate to the following:
10 |      1.    Kwik Goal's claims against Defendants arise under the Copyright
11 | Laws of the United States, Title 17 U.S.C. § 101 *et seq.*, and the Trademark Laws
12 | of the United States, Title 15 U.S.C. § 1051 *et seq.*
13 |      2.    This Court has jurisdiction over Defendants and has jurisdiction over
14 | the subject matter of Kwik Goal's claims for relief by reason of 28 U.S.C. §§ 1331
15 | and 1367. Venue in this Judicial District is proper as to Defendants under 28
16 | U.S.C. § 1391.
17 |      3.    SoccerOne or anyone acting on its behalf are enjoined and restrained
18 | from:
19 |      a.    copying, reproducing, distributing, creating derivative works
20 | of, or otherwise using Kwik Goal's copyrighted photographs; or
21 |      b.    selling or offering for sale Kwik Goal branded merchandise.
22 |      SoccerOne believes that all of Kwik Goal's copyrighted photographs have
23 | already been removed from its website. In the event that Plaintiff finds any of its
24 | copyrighted photograph(s) on SoccerOne's website after entry of this injunction,
25 | the parties stipulate that Plaintiff will notify SoccerOne. Kwik Goal's notice
26 | obligation as set forth herein is without prejudice to any of Kwik Goal's rights and
27 | remedies at law or equity.
28 |

-2-

4.      The Parties further stipulate and request that this Court expressly retain jurisdiction for the purpose of enforcing and ensuring compliance with the terms of this injunction.

5.      The above captioned action is hereby dismissed with prejudice with each party to bear its or his own costs.


IT IS SO STIPULATED.


Dated: December *12*, 2006          Kwik Goal, Ltd.


                                    By: Anthony Caruso
                                    Its:  President and Chief Executive Officer



Dated: December ___, 2006          Youth Sports Publishing, Inc. d/b/a
                                   SoccerOne


                                   By:  Mark Neudorff
                                   Its:  Secretary and Treasurer



Dated: December ___, 2006          Mark Neudorff



-3-

USADMIN 9153361 2

FROM :PREMIUM EQP                    FAX NO. :8188827079              Dec. 11 2006 12:26PM  P3

4.     The Parties further stipulate and request that this Court expressly retain jurisdiction for the purpose of enforcing and ensuring compliance with the terms of this injunction.

5.     The above captioned action is hereby dismissed with prejudice with each party to bear its or his own costs.

IT IS SO STIPULATED.

Dated: December ___, 2006          Kwik Goal, Ltd.


                                   _____

                                   By:  Anthony Caruso

                                   Its:  President and Chief Executive Officer


Dated: December _11_, 2006          Youth Sports Publishing, Inc. d/b/a

                                   Soccer One



                                   By:  Mark Neudorff

                                   Its:  Secretary and Treasurer



Dated: December _11_, 2006          Mark Neudorff




                                   _____

                                             -3-

USADMIN 9153761 2

Approved by Counsel:

DATED: December __, 2006 ALSCHULER GROSSMAN STEIN & KAHN LLP

By: _____
Bennett A. Bigman

Attorneys for Plaintiff
Kwik Goal, Ltd.

DATED: December __, 2006 KILPATRICK STOCKTON LLP

By: _____
Joseph Petersen

Attorneys for Plaintiff
Kwik Goal, Ltd.

DATED: December _11_, 2006 SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
David A. Schnider
Sandy J. Chun
Attorneys for Defendants
Youth Sports Publishing, Inc. d/b/a
SoccerOne and Mark Neudorff

-4-

USADMIN 9153161 2

Approved by Counsel:

DATED: December _13_, 2006 ALSCHULER GROSSMAN STEIN & KAHN LLP

By: _____
    Bennett A. Bigman

    Attorneys for Plaintiff
    Kwik Goal, Ltd.

DATED: December _12_, 2006 KILPATRICK STOCKTON LLP

By: _____
    Joseph Petersen

    Attorneys for Plaintiff
    Kwik Goal, Ltd.

DATED: December __, 2006 SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
    David A. Schnider
    Sandy J. Chun
    Attorneys for Defendants
    Youth Sports Publishing, Inc. d/b/a
    SoccerOne and Mark Neudorff

-4-

USADMIN 91533612

1     Good cause appearing, IT IS HEREBY ORDERED as follows:

2     1.    Kwik Goal's claims against Defendants arise under the Copyright

3  Laws of the United States, Title 17 U.S.C. § 101 *et seq.*, and the Trademark Laws

4  of the United States, Title 15 U.S.C. § 1051 *et seq.*

5     2.    This Court has jurisdiction over Defendants and has jurisdiction over

6  the subject matter of Kwik Goal's claims for relief by reason of 28 U.S.C. §§ 1331

7  and 1367. Venue in this Judicial District is proper as to Defendants under 28

8  U.S.C. § 1391.

9     3.    SoccerOne or anyone acting on its behalf are enjoined and restrained

10  from:

11     a.    copying, reproducing, distributing, creating derivative works

12  of, or otherwise using Kwik Goal's copyrighted photographs; or

13     b.    selling or offering for sale Kwik Goal branded merchandise.

14  SoccerOne believes that all of Kwik Goal's copyrighted photographs have

15  already been removed from its website. In the event that Plaintiff finds any of its

16  copyrighted photograph(s) on SoccerOne's website after entry of this injunction,

17  the parties stipulate that Plaintiff will notify SoccerOne. Kwik Goal's notice

18  obligation as set forth herein is without prejudice to any of Kwik Goal's rights and

19  remedies at law or equity.

20     4.    This Court expressly retains jurisdiction for the purpose of enforcing

21  and ensuring compliance with the terms of this injunction.

22     5.    The above captioned action is hereby dismissed with prejudice with

23  each party to bear its or his own costs.

24     IT IS SO ORDERED.

25

26  Dated:   JAN - 3 2007               _Gary Klausner_

27                        United States District Court Judge

28                            -5-

# PROOF OF SERVICE

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Alschuler Grossman Stein & Kahan LLP, The Water Garden, 1620 26th Street, Fourth Floor, North Tower, Santa Monica, CA 90604.  On this 21st day of December 2006, I served a copy of the within document(s):

**STIPULATED CONSENT DECREE FOR INJUNCTIVE RELIEF AND DISMISSAL OF ACTION; [PROPOSED] ORDER THEREON**

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Monica, California, addressed as set forth below.

☐    by placing the document(s) listed above in a sealed envelope, with the overnight delivery charge prepaid, addressed as set forth below, and deposited in a box or facility regularly maintained by the overnight delivery service carrier, _____.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Executed on this 21st day of December 2006 at Santa Monica, California.

Janis Mullen

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

895959_1.DOC

## SERVICE LIST

| | |
|---|---|
| Robert F. Helfing | Attorneys for Defendants |
| David A. Schnider, Esq. | Youth Sports Publishing, Inc. dba |
| Sandy J. Chun, Esq. | SoccerOne and Mark Neudorff |
| SEDGWICK, DETERT, MORAN & | |
| ARNOLD LLP | |
| 801 S. Figueroa Street, 18th Floor | |
| Los Angeles, California 90017 | |
| | |
| Bennett A. Bigman | Attorneys for Plaintiff Kwik Goal, Ltd. |
| David R. Shraga | |
| ALSCHULER GROSSMAN STEIN & | |
| KAHAN LLP | |
| 1620 26th Street, | |
| 4th Floor, North Tower, | |
| Santa Monica, CA 90404 | |
| | |
| Joseph E. Petersen | Attorneys for Plaintiff Kwik Goal, Ltd. |
| Christopher S. Lick | |
| KILPATRICK STOCKTON LLP | |
| 31 West 52nd Street | |
| New York, NY 10019 | |

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

895959_1 DOC